**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Angela Rankins, Plaintiff,<br><br>v.<br><br>HARRIS N.A., and HARRIS BANKCORP, INC., | Case Number:<br>FILED: SEPTEMBER 3, 2008<br>08CV5029<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE DENLOW<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Angela Rankins, Plaintiff

| |
|---|
| NAME (Type or print)<br>Jeffrey L. Taren |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey L. Taren |
| FIRM<br>Kinoy, Taren & Geraghty, P.C. |
| STREET ADDRESS<br>224 South Michigan Avenue, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604-2536 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>10922 | TELEPHONE NUMBER<br>(312) 663-5210 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐